Shirley Barker, Appellant, v. Samuel Kass and Ruth Kass, Respondents. — Orders affirmed, with twenty dollars costs and disbursements. No opinion.

Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.; Finch, P. J., dissents and votes to reverse and grant partial summary judgment.